UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LUKE BRADLEY FRANCIS                                                                                   PLAINTIFF

v.                                           No. 2:22-CV-02070

RINDA PACK BAKER, et al.                                                                            DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 7) from Chief United States Magistrate Judge Mark E. Ford. Plaintiff filed objections (Doc. 8). Following preservice screening under 28 U.S.C. § 1915A, the Chief Magistrate Judge recommends that Plaintiff's claims against Defendants Marc McCune, Rinda Pack Baker, and the State of Arkansas be dismissed without prejudice, and that pursuant to the *Younger* doctrine this case should be stayed pending resolution of Plaintiff's pending criminal case. The Court has conducted a de novo review of those portions of the report and recommendation to which Plaintiff has objected. 28 U.S.C. § 636(b)(1)(C). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error. The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants McCune, Baker, and the State of Arkansas are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that this case will be stayed pending resolution of Plaintiff's criminal case. Plaintiff shall notify the Court of the disposition of the related criminal investigation no later than 30 days following said disposition.

IT IS SO ORDERED this 6th day of July, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE